# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

**CONCISE SUMMARY OF THE CASE**

Pursuant to 3${}^{rd}$ Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT
CAPTION:_____
USCA NO.: _____

LOWER COURT or AGENCY and DOCKET NUMBER:
_____

NAME OF
JUDGE:_____

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

CONCISE SUMMARY OF THE CASE (cont.)

Provide a short statement of the factual and procedural background which you consider important to this appeal:

The Appellants, Appellee, and certain other companies entered into an agreement to allocate the costs associated with their role as defendants in thousands of asbestos-related personal injury lawsuits. The Appellee commenced bankruptcy proceedings prior to fulfilling its obligations under the cost sharing agreement. As a result, the Appellants satisfied certain of the Appellee's obligations under the cost sharing agreement and filed proofs of claim in the Appellee's bankruptcy case in amounts equal to the obligations the Appellants satisfied on the Appellee's behalf. The Bankruptcy Court entered an order expunging the Appellants' respective proofs of claim, incorrectly construing the cost sharing agreement to preclude the Appellants from recovering amounts the Appellants paid on the Appellee's behalf. The District Court, also incorrectly interpreting the cost sharing agreement in a manner contrary to its plain meaning, affirmed the Bankruptcy Court. Appellants provided timely notice of this appeal.

Identify the issues to be raised on appeal:

Did the United States District Court for the District of New Jersey commit reversible error in affirming the United States Bankruptcy Court for the District of New Jersey's (i) Opinion (Bankr. Docket No. 10672), entered on August 13, 2012, and (ii) Order Granting Summary Judgment In Favor of G-I Holdings Inc. Respecting Claims Filed By Certain Former Members of the Center for Claims Resolution, Inc., entered on September 10, 2012 (Bankr. Docket No. 10695), combined which disallowed and expunged the Appellants' claims against the Appellee?

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 7 day of August ,20 13 .

s/Brian J. Murray

Signature of Counsel

Rev. 04/2010