OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



August 29, 2013

John P. DiIorio
Shapiro Croland
411 Hackensack Avenue
Hackensack, NJ 07601-0000

Louis Smith
Greenberg Traurig
200 Park Avenue
MetLife Building
New York, NY 10166-0000

RE: In re: G-I Holdings Inc
Case Number: 13-3335
District Case Number: 2-12-cv-06933

Dear Counsel:

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/ecfwebsite.**

Pursuant to our docketing letter dated **07/31/2013**, you were requested to forward to this office the following form(s) in the above-entitled case:

**Appearance Form**
**Disclosure Statement**

As of this date, we have not received your form(s).

The above listed forms must be completed within fourteen days of the date of this letter. The forms are available at this court's website.

**If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


By: /s/ Tonya
Tonya, Case Manager
267-299-4938